IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HARLEY A. HUGHES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:14cv1699 (LMB/IDD) |
| | ) |
| IMMEDIATE RESPONSE | ) |
| TECHNOLOGIES, LLC AND | ) |
| IMMEDIATE RESPONSE TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

A default having been entered against the defendant Immediate Response Technologies, LLC and Immediate Response Technologies, Inc. and counsel for the plaintiff Harley A. Hughes having requested judgment against the defaulted defendant Immediate Response Technologies, LLC and Immediate Response Technologies, Inc. and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that the plaintiff Harley A. Hughes recover of the defendant Immediate Response Technologies, LLC and Immediate Response Technologies, Inc. in the amount of $35,695.83, plus $19,240.38 in attorney's fees, which this Court finds reasonable, and $502.72 in costs, with post-judgment interest accruing at the rate specified in 28 U.S.C. §1961.

Dated at Alexandria, Virginia, this 13th day of August, 2015.

FERNANDO GALINDO
CLERK OF COURT

BY: _____/s/_____
Yolanda Guyton
Deputy Clerk